# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: SEC v. Govil                    Docket No.: 22-1658

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Matthew Aaron Ford

Firm: Ford O'Brien Landy LLP

Address: 275 Madison Ave 24th Floor, New York, New York 10016

Telephone: (212) 858-0040     Fax:

E-mail: mford@fordobrien.com

Appearance for: Aron Govil
(party/designation)

**Select One:**

[x] Substitute counsel (replacing lead counsel: Adam Ford/Ford O'Brien Landy LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[x] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 6/15/2022     OR

[ ] I applied for admission on                                                    .

Signature of Counsel: /s/ Matthew Aaron Ford

Type or Print Name: Matthew Aaron Ford